**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE VERNON HAY, JR., | No. C 09-02373 JW (PR) |
| Plaintiff, | ORDER GRANTING EXTENSION OF TIME TO FILE DISPOSITIVE MOTION |
| vs. | |
| ROBERT SILLEN, et al., | |
| Defendant(s). | |
| | (Docket No. 50) |

Plaintiff, a California inmate, has filed a pro se civil rights action under 42 U.S.C. § 1983 against prison officials at the Correctional Training Facility ("CTF") in Soledad. Finding the complaint stated a cognizable Eighth Amendment claim of deliberate indifference to serious medical needs, the Court ordered summons be issued and the complaint served on defendants. (Docket No. 8.)

On October 8, 2009, counsel for defendants R. Ahmed, Buckner, Joseph Chudy, Cruz, Eric J. Del Piero[1], Flynn, Y. Olivas, Pompan, R. Samet and Teofilo Alanday filed an answer to the complaint. (Docket No. 44.) Defendants now request an extension of time to file a dispositive motion as they have yet to receive

---

[1] Defendant Del Piero has since obtained separate counsel.

Order Granting Ext. Of Time to File Disp. Motion
P:\PRO-SE\SJ.JW\CR.09\Hay02373_eot-disp.wpd

1  all the records pertaining to plaintiff's medical claim.  (Docket No. 50.)  Good cause
2  appearing, defendants' request for extension of time is GRANTED.

3  Defendants who are being represented by the firm of Andrada & Associates
4  shall file a motion for summary judgment or other dispositive motion **no later than**
5  **January 13, 2010**.  This firm is directed to file notice specifically identifying the
6  defendants whom they are currently representing.  Briefing shall proceed thereafter
7  in accordance with the court's Order of Service, (Docket No. 8), and all other
8  provisions therein shall remain in effect.

10  DATED:  October 27, 2009 
   JAMES WARE
11  United States District Judge

Order Granting Ext. Of Time to File Disp. Motion
P:\PRO-SE\SJ.JW\CR.09\Hay02373_eot-disp.wpd      2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOE VERNON HAY JR,

        Plaintiff,

  v.

ROBERT SILLEN, et al.,

        Defendants.

Case Number: CV09-02373 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 11/3/2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joe Vernon Hay J-92547
Pitches Detention Center (PDC)
P. O. Box 86164
Terminal Annex
Los Angeles, CA 90086-0164

Dated: 11/3/2009

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk