1

2

3

4

5                IN THE UNITED STATES DISTRICT COURT

6              FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    JOE VERNON HAY, JR.,              )    No. C 09-02373 JW (PR)
                                       )
9                 Plaintiff,           )    ORDER DENYING EX PARTE
                                       )    MOTION FOR EXTENSION OF
10         vs.                         )    TIME; VACATING HEARING SET
                                       )    FOR FEBRUARY 1, 2010
11                                     )
     ROBERT SILLEN, et al.,            )
12                                     )
                  Defendant(s).        )
13                                     )
     _____ )    (Docket No. 78)
14

15          Defendants K. Clark Kelso and Robert Sillen have filed a motion for an

16   extension of time to file dispositive motion(s).  (Docket No. 78.)  Defendants filed a

17   motion to dismiss on November 30, 2009, to which Plaintiff's opposition is due no

18   later than December 30, 2009.  The motion will be deemed submitted as of the date

19   Defendants' reply brief is due.  Should the Court decide to deny the motion, a new

20   briefing schedule for a motion for summary judgment or other dispositive motion

21   shall be ordered at that time.  Accordingly, Defendants' motion for an extension of

22   time (Docket No. 78) is DENIED as unnecessary.

23          Furthermore, the motion to dismiss will be deemed submitted on the papers.

24   Accordingly, the hearing set for February 1, 2010 at 9:00 a.m. is VACATED.  No

25   hearing will be held on the motion unless the Court so orders at a later date.

26

27   DATED:    December 23, 2009      _____

28                                   JAMES WARE
                                     United States District Judge

Order Denying Ex Parte Motion
P:\PRO-SE\SJ.JW\CR.09\Hay02373_motion-deny.wpd

# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

JOE VERNON HAY JR,

          Plaintiff,

  v.

ROBERT SILLEN, et al.,

          Defendants.

_____/

Case Number: CV09-02373 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____1/15/2010_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joe Vernon Hay J-92547
Pitches Detention Center (PDC)
P. O. Box 86164
Terminal Annex
Los Angeles, CA 90086-0164

Dated: _____1/15/2010_____

                                  Richard W. Wieking, Clerk
                              /s/By: Elizabeth Garcia, Deputy Clerk